RICHARD J. NELSON (State Bar No. 141658)
E-Mail:      rnelson@sideman.com
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:      zalinder@sideman.com
NICHOLAS A. SHEN (State Bar No. 324712)
E-Mail:      nshen@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> SHOC NETWORKS, LLC, formerly known as DALDAN TECHNOLOGIES, LLC and DT NETWORKS, a Washington limited liability company; RONALD REED, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 19-cv-07516 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER RE ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANTS SHOC NETWORKS, LLC AND RONALD REED AND VOLUNTARY DISMISSAL** |

Plaintiffs CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC. (together "Cisco") and Defendants SHOC NETWORKS, LLC and RONALD REED (together the "Shoc Networks Defendants"), by and through their counsel of record, hereby **STIPULATE**, **AGREE**, and request that the Court **ORDER** the entry of the following permanent injunction and voluntary dismissal.

## STIPULATED FINDINGS

WHEREAS, Cisco has a pending Complaint (the "Complaint") in the United States District Court for the Northern District of California against Shoc Networks, which alleges claims against Shoc Networks for trademark infringement, copyright infringement, unfair competition, and trafficking in counterfeit and/or illicit labels, principally related to the resale of allegedly stolen and/or pirated software licenses (Case No. 19-cv-07516 CRB (the "Civil Action")), and whereas Shoc Networks has denied all such claims and allegations;

WHEREAS, Cisco and the Shoc Networks Defendants have entered a confidential settlement agreement to resolve the Civil Action, which includes the entry of the following order re stipulated permanent injunction and dismissal as to the Shoc Networks Defendants (the "Order");

WHEREAS, the Shoc Networks Defendants stipulate to the Court's jurisdiction over them, and stipulate to the facts necessary to establish jurisdiction over the Civil Action, for purposes of entering and/or enforcing this Order against them; and,

WHEREAS, Cisco stipulates to the voluntary dismissal of the Shoc Networks Defendants upon entry of this Order pursuant to Fed. R. Civ. Proc. 41(a).

## ORDER RE PERMANENT INJUNCTION AND DISMISSAL

Accordingly, the Parties, by and through their counsel of record, hereby **STIPULATE** and **AGREE,** and request that the Court **ORDER** that the Shoc Networks Defendants, including any officers, agents, representatives, employees, and all persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, shall be forever and permanently restrained and enjoined from:

    1.    any further purchase and/or resale of Cisco software licenses and/or SMARTnet contracts; and/or

2. any further knowing or willful purchase and/or resale of any counterfeit, infringing, or stolen Cisco hardware, software, or license claims certificates; however, such prohibition shall not include the purchase/resale of any genuine Cisco hardware that is subject to the first sale doctrine[1].

**IT IS FURTHER STIPULATED AND AGREED**, and requested that the Court **ORDER**, that Defendants Shoc Networks, LLC and Ronald Reed are **HEREBY** dismissed from the Civil Action pursuant to Fed. R. Civ. Proc. 41(a), and that the Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to enforce the provisions of this Injunction or the Parties' settlement agreement.

**IT IS SO STIPULATED.**

DATED: January 4, 2021        SIDEMAN & BANCROFT LLP

By:   */s/ Zachary J. Alinder*
      Zachary J. Alinder
      *Attorneys for Plaintiffs*
      CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC.

DATED: January 4, 2021        SNELL & WILMER LLP

By:   /s/ Keith M. Gregory
      Keith M. Gregory
      *Attorney for Defendants*
      SHOC NETWORKS, LLC AND RONALD REED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   January 5, 2021

CHARLES R. BREYER
United States District Judge

---

[1] To ensure further clarity on this point, the Shoc Networks Defendants agree that they shall not distribute/resell any Cisco software licenses or SMARTnet to any third party resellers, and that this provision would not allow any such resale/distribution.